

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>TARA MACKENZIE SHIELDS,<br><br>  Defendant. | Case No. 8:22-mj-00232<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the District of Arizona for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: _nature of current allegations, including failure to report and absconding; prior criminal history; history of drug abuse; lack of stable housing_ and

B. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including failure to report and absconding; prior criminal history; history of drug abuse; lack of stable housing*

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

Dated: March 28, 2022

JOHN D. EARLY
United States Magistrate Judge

2